UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FUTURE WORLD ELECTRONICS, L.L.C.<br><br>Plaintiff<br><br>v.<br><br>HAUSER PRINTING COMPANY, INC. d/b/a GARRITY PRINT SOLUTIONS<br><br>Defendants | CIVIL ACTION NO. 2:16-cv-14301<br><br>JUDGE: Englehardt<br><br>MAGISTRATE: Wilkinson |

# NOTICE OF AUTOMATIC STAY

**NOW INTO COURT**, through undersigned counsel, comes Hauser Printing Company, Inc. **(**the “Debtor”) sought to be made defendant in the above captioned proceeding, who notifies this Court and all parties to this proceeding, that on February 23, 2017 (the “Petition Date”), the Debtor filed in the United States Bankruptcy Court for the Eastern District of Louisiana, (the “Bankruptcy Court”), a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

Under the provisions of Section 362 of the Bankruptcy Code, the filing of the petition for relief operates as a stay, applicable to all entities, of--

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

11 U.S.C. 362. Accordingly, the above captioned matter is stayed under section 362 of the Bankruptcy Code. The automatic stay will remain in effect until otherwise ordered by the Bankruptcy Court.

**PLEASE BE ADVISED** that any further prosecution of this proceeding will be in violation of the automatic stay under Section 362 of the Bankruptcy Code and the Bankruptcy Court's order for relief.

Respectfully submitted,


*/s/Tristan Manthey*
Tristan Manthey, La. Bar No. 24539
Cherie D. Nobles, La. Bar No. 30476
**HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70310
Telephone: 504-299-3300
Fax: 225-299-3399
Email: tmanthey@hellerdraper.com
cnobles@hellerdraper.com
*Counsel for Debtor Hauser Printing Company, Incorporated*


## CERTIFICATE OF SERVICE

I hereby certify that this pleading was electronically filed with the Clerk of Court on March 13, 2017, by using the court's CM/ECF system as follows:

- **Michael B. Alker**
  malker@sutton-alker.com,kkarrick@sutton-alker.com
- **Raymond Gerard Areaux**
  areaux@carverdarden.com,docket@carverdarden.com,ipsecretary@carverdarden.com
- **Ian Charles Barras**
  barras@carverdarden.com,ipparalegal@carverdarden.com,docket@carverdarden.com,ipsecretary@carverdarden.com
- **Joseph Matthew Miller , III**
  miller@carverdarden.com,docket@carverdarden.com,ipsecretary@carverdarden.com
- **Theodore S. Owers , III**
  owers@carverdarden.com,docket@carverdarden.com
- **James C. Rather , Jr**
  jrather@sutton-alker.com,mbacas@sutton-alker.com,abein@sutton-alker.com

*/s/Tristan Manthey*
Tristan Manthey